IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER A. QUARLES,    )<br>     Plaintiff,    )<br>    )<br>v.    )<br>    )<br>CAROLYN W. COLVIN, Acting    )<br>Commissioner of Social Security,    )<br>     Defendant.    )  | CIVIL ACTION NO. 15-00572-N |

### ORDER

The Plaintiff brought this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of a final decision of the Defendant Commissioner of Social Security ("the Commissioner") denying her applications for benefits. On August 10, 2016, the Court entered an order remanding the Plaintiff's case under sentence six of § 405(g) for consideration of new evidence. (*See* Doc. 19). When such a remand is ordered, "the Commissioner of Social Security shall, after the case is remanded, and after hearing such additional evidence if so ordered, modify or affirm the Commissioner's findings of fact or the Commissioner's decision, or both, and shall file with the court any such additional and modified findings of fact and decision, and, in any case in which the Commissioner has not made a decision fully favorable to the individual, a transcript of the additional record and testimony upon which the Commissioner's action in modifying or affirming was based." 42 U.S.C. § 405(g). To date, no such materials have been filed with the Court.

Upon consideration, the Commissioner is **ORDERED** to file, no later than **Wednesday, March 1, 2017**, a report informing the Court of the status of the

Plaintiff's case on remand, unless on or before that date the Commissioner files the materials required by sentence six of § 405(g).

**DONE** and **ORDERED** this the 14th day of February 2017.

/s/ *Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**